ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Heffler Contracting Group | )  ASBCA No. 63565 |
| | ) |
| Under Contract No. N62473-19-D-2417 | ) |

APPEARANCE FOR THE APPELLANT:      Kelly A. Floyd, Esq.
                                                           Finch, Thornton & Baird, LLP
                                                           San Diego, CA

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
                                                                    Navy Chief Trial Attorney
                                                                    Katherine E. Arutunian, Esq.
                                                                    Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 20, 2024

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63565, Appeal of Heffler Contracting Group, rendered in conformance with the Board's Charter.

Dated:  August 21, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals